1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      IN RE:  STEVEN WAYNE BONILLA          No. 2:23-cv-01255-TLN-KJN

12                                            No. 2:23-cv-01256-TLN-KJN

13                                            No. 2:23-cv-01257-TLN-KJN

14                                            No. 2:23-cv-01258-TLN-KJN

15                                            No. 2:23-cv-01259-TLN-KJN

16                                            No. 2:23-cv-01260-TLN-KJN

17                                            No. 2:23-cv-01269-TLN-KJN

18                                            No. 2:23-cv-01272-TLN-KJN

19                                            No. 2:23-cv-01274-TLN-KJN

20                                            No. 2:23-cv-01275-TLN-KJN

21                                            **ORDER**

22

23

24          Plaintiff is a state prisoner, proceeding without counsel, in these civil actions.  On

25   November 29, 2018, Plaintiff was declared a vexatious litigant in Case No. 2:18-cv-2544-TLN-

26   KJN.  On June 14, 2023, the undersigned issued an amended vexatious litigant order in Case No.

27   2:18-cv-2544-TLN-KJN.  Pursuant to the amended vexatious litigant order, all new cases filed by

28   Plaintiff related to his Alameda County conviction will be dismissed and closed.

                                                1

1    Pursuant to the amended vexatious litigant order, the undersigned reviewed the

2 complaints/petitions filed in the cases listed in the caption above.  The Court finds the

3 complaints/petitions filed in the cases listed in the caption above are related to Plaintiff's

4 Alameda County conviction.

5    Accordingly, IT IS HEREBY ORDERED that 2:23-cv-01255, 2:23-cv-01256, 2:23-cv-

6 01257, 2:23-cv-01258, 2:23-cv-01259, 2:23-cv-01260, 2:23-cv-01269, 2:23-cv-01272, 2:23-cv-

7 01274 and 2:23-cv-01275 are DISMISSED; the Clerk of the Court is directed to close these cases;

8 no further filings will be accepted in any of the above referenced cases.

9    IT IS SO ORDERED.

10 Date:  August 4, 2023

11 _____

12 Troy L. Nunley
   United States District Judge